**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**GILBERT HIBBERT, #68268-053**                                                               **PETITIONER**

**VERSUS**                                        **CIVIL ACTION NO. 5:08-cv-259-DCB-MTP**

**UNITED STATES OF AMERICA**                                                 **RESPONDENT**

FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this petition for writ of error coram nobis filed pursuant to 28 U.S.C. § 1651 is denied and .this case is dismissed.

SO ORDERED AND ADJUDGED, this the   23rd   day of January, 2009.


                                                    s/ David Bramlette
                                                  UNITED STATES DISTRICT JUDGE